# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Derek Sheehan<br><br>*Defendant(s)* | Case No.  18-mj-6273-MPK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  03/16/17, 03/19/17 and 04/08/18  in the county of  Plymouth  in the District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 (a) and (e) | sexual exploitation of children, on or about 03/16/17, 03/19/17 and 04/08/18 |

This criminal complaint is based on these facts:

Please see the affidavit of FBI Special Agent Lisa A. Crandall, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Lisa A. Crandall, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  09/19/2018

*Judge's signature*

City and state:  Boston, MA       Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*