**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Norwell

**Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  18-mj-6273-MPK
Search Warrant Case Number  18-mj-6272-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Derek Sheehan    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Norwell, MA

Birth date (Yr only): 1970   SSN (last4#): 9992   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** Richard Sweeney   Address: 225 W. Squantum Street, Ste 100

**Bar Number** _____   Quincy

**U.S. Attorney Information:**

**AUSA** Anne Paruti   Bar Number if applicable: 670356

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Plymouth County Sheriff   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/19/2018    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Derek Sheehan

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251 (a) and (e) | sexual exploitation of children | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____