STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

UNITED STATES OF AMERICA

v.                                                    DOCKET NO: 1:18-CR-10391-RGS

DEREK SHEEHAN

### DEFENDANT'S MOTION FOR REVOCATION OR AMENDMENT

### OF ORDER OF DETENTION AND REQUEST FOR RELEASE ON CONDITIONS

Now comes the defendant through counsel and pursuant to Title 18 U.S.C. § 3145, respectfully requests that the Court review the detention order of the Magistrate Judge issued in this case after a hearing on November 13, 2018; and enter an order releasing him pursuant to conditions. The defendant proposes certain conditions below. The undersigned submits that these conditions are sufficient to ensure Mr. Sheehan's appearance at future Court hearings, events and a possible trial in this case; and sufficiently address the statutory rebuttable presumptions of risk of flight and danger to the community.

**Prior Proceedings:**

The defendant was charged with sexual exploitation of a child in violation of 18 U.S.C. § 2251 in September, 2018. He was previously the subject of related state court charges and has been held without bail in state custody on those charges. On October 25, 2018, the defendant was indicted and charged with three counts of sexual exploitation of a child in violation of 18 U.S.C. § 2251(a) and (e). The government moved for detention and the Court held a detention hearing on November 13, 2018. The Court ordered the defendant detained and explained the reasons in a written decision (see attached Order of Detention Pending Trial). While the defendant remains in state custody on the related state court charges; a U.S. Marshal detainer has been issued by the United States District Court.

*Denied, for the reasons stated by the Magistrate Judge.*
*R.b. Stearns DJ  12-18-18.*