# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEREK SHEEHAN, )<br>        Defendant. )<br>_____) | Criminal No:  18-CR-10391-RGS |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE AND EXCLUDE TIME

The United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, by and through his attorney, jointly request that the upcoming status conference be continued March 25, 2018 or some other date convenient for the Court and the parties, to allow further time for the government to produce discovery requested by the defendant. The parties also respectfully move this Court to exclude the time period from March 21, 2018 through and including the rescheduled status conference date from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.  The parties jointly agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully submitted,

                                      ANDREW E. LELLING
                                      United States Attorney

*/s/ William Keefe*                    By:  */s/ Anne Paruti*
William Keefe                                  Anne Paruti
Attorney for Derek Sheehan             Assistant United States Attorney

Dated: March 21, 2019

**CERTIFICATE OF SERVICE**

    I, Anne Paruti, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                      */s/ Anne Paruti*
                                      Assistant United States Attorney

Dated: March 21, 2019