UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No:  18-CR-10391 |
| | ) | |
| DEREK G. SHEEHAN, | ) | |
|     Defendant. | ) | |

**ASSENTED-TO MOTION TO ENLARGE TIME FOR FILING**
**RESPONSE TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM**

Now comes the United States, by and through the undersigned Assistant United States Attorney, and respectfully requests that this Court enlarge the time by which the United States must file its responses to the defendant's supplemental memorandum in support of his motions to suppress, from October 21, 2019 to October 22, 2019.  As reasons therefor, the government states that, given other matters that have required her attention during the two-week period following the filing of the defendant's supplemental memorandum (including five sentencing hearings), the undersigned Assistant U.S. Attorney requires a short amount of additional time to adequately respond to the defendant's filing and respectfully requests that this Court enlarge the time within which it must file its response to the defendant's supplemental memorandum by one business day to October 22, 2019.  Counsel for the defendant assents to this motion.

                                                            Respectfully submitted,

                                                            ANDREW E. LELLING
                                                            United States Attorney

                                                  By:   /s/ Anne Paruti_____
                                                            Anne Paruti
 Date:  October 22, 2019                     Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I, Anne Paruti, hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Anne Paruti
Assistant U.S. Attorney

Dated: October 22, 2019