UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 18-CR-10391-RGS |
| | ) | |
| DEREK SHEEHAN, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO SEAL EXHIBITS TO MOTION IN LIMINE

The United States respectfully moves for permission to file sealed exhibits to its Motion in Limine to Admit Evidence of Defendant's Other Crimes of Child Molestation Pursuant to Rules 414 and 404(b). As reason therefor, the government submits that the exhibits are comprised of a sealed search warrant affidavit and three reports of investigation, by various law enforcement agencies, which detail information that is sensitive and should not be made available to the public at this time. The exhibits have been provided to counsel for the defendant.

Respectfully Submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

Date: June 3, 2021      By:     /s/ Anne Paruti
                                Anne Paruti
                                Charles Dell'Anno
                                Assistant U.S. Attorneys
                                (617) 748-3100

## **CERTIFICATE OF SERVICE**

I, Anne Paruti, hereby certify that the foregoing was filed through the Electronic Court filing system and will be sent electronically to the registered participant as identified on the Notice of Electronic filing:

Date: June 3, 2021                                        /s/ Anne Paruti
                                                                    Anne Paruti
                                                                    Assistant United States Attorney