November 2, 2021

Dear Honorable Stearns,

Derek Sheehan is my former brother-in-law.  We were very close family throughout our twenties and thirties.

My father would describe Derek as a clean-cut, wholesome American boy.  He was the type of guy who would drop what he was doing to check on family members, friends or neighbors during a snowstorm or other challenge. He would shovel or plow your driveway or offer a ride to a doctor's appointment.

I had a rough pregnancy and he stopped by to check on me and to cheer me up with a funny story. What-ever was going on, he made you feel like you weren't alone, you had a friend, and a loyal teammate.

That is why I still struggle to understand what happened with the boys. My heart breaks for them and I pray for their healing from harm. It is my understanding that Derek had multiple brain injuries. And that is the only thing that can begin to explain the out of character actions that don't fit the Derek that I know.

I do believe in rehabilitation and here is why I think it is more than possible with Derek Sheehan. The Derek I know signed himself up for the Marines at twenty years old and was very proud to serve his country. The updates in his letters from all over the world on international politics and the friendships he built with fellow marines were exemplary.

I saw a small-town guy who didn't have the resources to go to college pull himself up by the bootstraps and dedicate himself to country and toward bettering himself and his family's future.

When he got home from serving, he immediately signed up for an intense Novell Certified Network Engineering program.

He worked incredibly hard at it. One day during studies his mom invited us all to dinner and as he had his first bite, with a wink, he said that he only had time for a multi-vitamin that day and expressed gratitude for the dinner. He was working that hard. His sense of humor during any challenge made him an easy person to be around or to work with.  He demonstrated the ability to set aside his own needs or wants to meet the physical, mental or deadline challenges before him.

When Derek sets his mind on overcoming or righting the ship, he has dug down deep inside and found a way to do so on many occasions.

After completing the network engineering program, he jumped into a career in IT and quickly rose up the ranks. He traveled the world installing IT systems for his corporate clients and employers.  He was capable, disciplined and quite successful. I was working on public affairs television shows at the time. He was interested and supportive and I was always interested to hear his perspective on topics in the news that I was covering. I found him to be quite intelligent. He was quite knowledgeable on current events.

He was generous with me as a friend and sister-in-law.  When my mom was going through cancer treatment, he stopped by one day. He told her she was a fighter, and he would want her in his foxhole if he ever had to fight something. He had a way of saying something to lift others up. It made all the difference to her and to me.

He still has so much to offer others in intellect, friendship, family, and community.

I understand the need for safety and justice for the children. I hope that can happen and be balanced with the opportunity for rehabilitation and proper medical care for Derek's multiple brain injuries.

Sincerely,

Denise Swenson
65 Green Street
Milton, MA 02186
Cell: 617-688-9005