Dear Judge Stearns,

My name is Amanda Grier, and I am the 18 year old niece of Derek Sheehan.

Family has always been the most important thing. As a young girl growing up, my uncle was a vital part of my life. My mother is the twin sister of Derek and has always been close to him. Over the years, he has served as a continual source of love, support, protection and influence.

My parent's divorced by the time I was five years old, so my life had changed from living in a home with my father to seeing him a couple weekends a month. My uncle helped fill that void in my heart.

I did not have a relationship with my father as he suffered from an addiction which eventually took his life. I did everything to avoid my father; I was angry with him and did not understand why someone would let an addiction ruin the relationship with their children. It is bittersweet, but my uncle taught me one thing. Fathers could lovingly exist with their children on a day to day basis and make the choice to be there. My uncle's love for his children was everything. He wanted to be with them. They wanted to be with him. He was never too busy for them. His children were his priority. Even as a young girl, I grasped this. It's a lesson about fatherhood that stuck with me.

I used to spend summers at his home so I could visit with my cousins, who are my best friends. He would always make sure we would have the best times together as a family. He would take us to amusement parks, spend days by the pool, camp outside in their yard and much more.

Whenever my cousins and I were together my uncle would always ask "What is the most important thing?" and we would respond "Family". This is a reminder he had instilled in us at a young age. It is a reminder that as a family we provide support and security for each other. A reminder that family will be there from our first to our last breath. A reminder that family is the most important thing.

Thank you for allowing me to talk about what an amazing man my uncle Derek is. We all miss him so much and hope that he has a chance to have dinner with us again.

Amanda Grier
Amanda Grier