Good Morning,

I have been Derek Sheehan's stepfather for 45 years, I am proud to say.

I have always considered him one of the smartest persons I know.    I could and did rely on him for just about anything I needed help with.  He was ready and willing to help me and the rest of our family with car repair, home repairs and money that we might have needed.

His Mother and I were always amazed at the time he spent with his children attending to their needs.

He and his Wife made sure the children received their sacraments of Baptism, First Holy Communion and confirmation.

We often told him that he had the happiest children we had ever seen, always smiling and confident.

Even though we have not been able to call Derek in over 3 years, we still say "Call Derek" when we need help with anything.

Thank You

Salvatore Cina

October 4, 2021                    9:30 a.m.    Monday

Dear People,

I want to speak from my heart.   My son, Derek Sheehan, is the topic of this letter.

My heart and body have been empty and hurting every minute for the last 3 years.

I struggle each day getting up and getting out of bed.

My son Derek was the rock of our family.   He made sure that every family gathering was fun.

After high school Derek joined the Army to serve his country.  He went through boot camp and decided that the Army was not for him.  The Marines boot camp was next.  He served 4 years and was active duty in Desert Storm.  After serving his four years he was honorably discharged.

He came home and studied and received his degree from Boston University in computer engineering. He loved his career and excelled up the ladder with the company he was with.

Holidays at Dereks house were the best!  His nickname at Christmas family times was Clark Griswold (Chevy Chase) in Christmas Vacation!

In the meantime, he married his love and they have 3 wonderful children.

Derek was the one we (the whole family)  could call in any time of need.  He was always there for us when we needed him.

He could and did fix our cars, move anything we needed to move, drive us anywhere etc.

Derek worked himself like nobody else.  Always, on the job.

He was and is a great father and because of the strong bond between his kids they miss and love him very much.


Sincerely,

Eileen Cina