October 11, 2001

May It Please Your Honor-

I am Denis Sheehan, the older brother of Derek Sheehan whose case sits before you.

Whether with his time, knowledge, and money, Derek was always very generous. He would help out and/or assist anyone at a moment's notice. For my entire adult life Derek was my first contact when it came to my broken down or ailing automobile, all computer issues, and even a few times with money. During the late 90s, I was financially struggling. I was working and paying my bills, but when my brother and I were offered an opportunity to buy into Boston Bruins season tickets, I was unable to partake…until Derek offered to loan me my half for the twenty pairs of tickets. Months later, I apologized to Derek for taking so long to repay him. His response; "I know you're good for it Denis, and I am not worried about it and neither should you be."

After high school, Derek joined the Military, National Guard then US Marine Corps. Derek excelled and survived more than a few hairy incidents with "the enemy."

When his military time was complete, he put himself through a very tough Boston University Novell Certified Network Engineering course. Despite not knowing the subject, Derek soared through the class and landed the coveted job of assisting with teaching the class.

Years later, Derek landed me a job at the company, Siebel Systems, where he was working. I spent the next nineteen years with the company, which afforded me to work at home and help raise my daughter.

My brother loved to host Holiday gatherings. So much so he became known as "Clark Griswold" from the Vacation movies. Derek was always a bit sappy and even cornball when it came to family holiday parties and traditions. When he calls during our current holiday gatherings, I can hear he still has that cornball in him.

I could go on and on about Derek taking his kids, my daughter, and me out to fish the Atlantic on his boat…

However, approx five years ago, Derek suffered several severe injuries after falling from a ladder while clearing snow from his house roof and landing on the frozen ground (he missed deep fluffy snow by a few inches). I am certainly not an expert, but it was then I noticed a change with Derek. He was himself for the most part, but something was not right. His personality had changed a bit and he became a bit more reclusive…and something about his

eyes had changed. It is hard to put into words. The only way I can articulate is to recall when, during a 2003 Major League Baseball American League Championship game, the Boston Red Sox engaged in a bench clearing brawl with the New York Yankees. During the skirmish, Sox pitching ace Pedro Martinez shoved NY bench coach Don Zimnmer to the ground. As Zimmer charged Martinez, his eyes were alive with fire and life.  After hitting the ground, Zimmer popped back up, but eyes became almost defeated, lost, and confused.

This is what happened to my brother's eyes.

The brilliance of Derek's eyes was slowly being suffocated.

Something happened to my brother after his accident and things only got worse. I do not know if one of my brother's injuries included a concussion, but something changed.

If only I was more alert at the time at what I was witnessing, I may have been able to drag Derek to get a scan or some form of help, which could have saved all of us from the results of these allegations.

Derek needs help and maybe even rehabilitation. And perhaps the medical/mental field can learn something from Derek's "change" after that terrible fall. Derek has been incarcerated for over three years and not received, as far as I know, any psychological help.

Your Honor, I thank you so very much for your time.

I wish you all the best.

Thank You,


Denis Sheehan
Rockland, MA