October 12, 2021

Dear Judge Stearns,

This letter is my chance to tell you about my twin brother, Derek Sheehan.  It will be hard to sum it all up in one letter.

Derek is a man who has spent his life doing things for everyone around him.  He would help you in a second if you needed help with computers, house repairs, financial worries, and just about anything else needed.  He would even just spend hours on the phone with you if you needed him to.

Derek was the glue that held our family together.  His love for family dinners and the holidays was so much fun.  He had the best stories that could keep you entertained for hours.

He was not the type of guy that just sat on the couch watching football.  He made sure everyone in the room felt welcome.   Thanksgiving dinners at his house were a tradition that we all looked forward to.  He would be the one up early cooking the turkey and getting everything ready for a house full.  The kids were always included and allowed to be kids.

When we graduated high school, Derek wasn't quite sure what he wanted to do.  After a few odd jobs he joined the military.  He started with the National Guard but then enlisted in the Marines.  He served our country for four years with no hesitation.  I was so damn proud of him. I told everybody I knew that my brother was a Marine.

Once out of the Marines, he knew he needed more education. He became a quick computer expert and rose quickly in his company.  He took so much pride in his job, but family still always came first.

Once Derek had children, they became his priority.  He is the best dad I have ever met.  He knew all 3 kids schedules, helped with homework, drove them everywhere, and never missed an event.  He really wanted to be so much better than our father who walked out on us when we were 7.  He really did try.

Derek is "my person".  I can't explain the dedication this guy has to his friends and family.  One phone call and he is there immediately.  He supported me through a horrible divorce and when our father passed away in 2009 (yes, I reconnected with my dad 28 years later...only to have him die suddenly of a heart attack 11 months later).  Me and Derek were affected by this in a way I cannot describe; however, it did bring us even closer.  Although I can still talk to Derek on

the phone and visit him in a booth divided by plastic, it is such a loss.  I can't even give my own twin brother a hug.

Things did change with us after 45 years of being attached at the hip.  In 2015, Derek was trying to clear ice off of his roof (you probably remember that brutal winter).  Unfortunately he fell, landing in the only spot he had cleared with his tractor.  He was rushed to the hospital where he suffered many fractured ribs and a collapsed lung.  He was in so much pain for months.  I do not recall a head injury diagnosis but he changed within months of this injury.  He became more withdrawn.  He then had another injury while mowing his lawn.  The kids zip line got tangled in the mower, causing the swing to smash Derek in the head and face.  He was a mess with his face all swollen and bruised.  I would bet he did not go to the doctor.   He became even more "different" at this point.  It is hard to describe, he just became very blank, withdrawn.  I tried to get through to him but he would just say everything was ok.

Derek was also under so much pressure to live up to the lifestyle of Norwell living.  He worked mostly from home (day and night!) and often missed nights of sleep, only to keep working and take care of the kids.   Families would literally drop their kids off at his house for days at a time.  I always thought he worked too hard and did not have the support he needed.

I don't have any explanation for what happened.  For what he is accused of.  This is not the person I was born with, raised with, was best friends with.  Something happened after those injuries.  If only I could rewind time and do something more to change the outcome.

I have 2 children, Amanda and Jake.  They absolutely love their uncle Derek.  They are as shocked and saddened by the charges but continue to support him one hundred percent.  He really stepped up when their own father passed away.

We all miss Derek more than words can say.  His 3 children Katie, Alyssa, and Ryan are truly amazing kids.  He raised them to be so strong and loving.  They love talking to him on the phone and have visited once but they want their dad back so much.  I truly hope he gets the chance someday to sit with them again.

Our dream is to have family dinner together at one table someday.

I truly appreciate you taking the time to read this and hopefully feel like you know Derek a little better after this.

Thank you,


Debra Sheehan