UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CRIMINAL NO. 18-CR-10391-RGS<br>DEREK SHEEHAN, )<br>)<br>Defendant ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE
VICTIM MATERIALS UNDER SEAL

The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully moves this Court to allow the government to file Victim Impact Statements under seal. The government submits that, in light of the sensitive nature of the subject matter and pursuant to 18 U.S.C. § 3509(d), the victims' privacy interests outweigh the public's interest in free access to the documents. The materials have been provided to counsel for the defendant.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  /s/ Anne Paruti_____
Anne Paruti
Charles Dell'Anno
Assistant United States Attorneys

Date: November 19, 2021

**CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

|  |  |
|---|---|
| Dated: November 19, 2021 | /s/ Anne Paruti<br>Assistant United States Attorney |